# Court of Appeals
# of the State of Georgia

ATLANTA, November 07, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0628. CHRISTINA MICHELLE GADDIS v. STEVEN GARY GADDIS.

After Christina Michelle Gaddis and Steven Gary Gaddis (the "husband") were divorced, the husband filed a motion to set aside or vacate the divorce decree. The trial court denied the husband's motion and he filed a direct appeal. We lack jurisdiction for two reasons.

First, "[a]ppeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b); see *Onyemobi v. Onyemobi*, 375 Ga. App. 538, 538 (916 SE2d 738) (2025). In like manner, appeals from trial court orders denying motions to set aside under OCGA § 9-11-60 (d) must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (8), (b); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Accordingly, the husband's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,____11/07/2025_____*
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*